The Honorable Robert H. Whaley

Scott M. Ellerby
Mills Meyers Swartling
1000 Second Avenue, 30th Floor
Seattle, WA  98104-1064
(206) 382-1000
WSBA No. 16277
E-mail:  sellerby@mms-seattle.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BENJAMIN R. BARTON,<br><br>       Plaintiff,<br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>       Defendant. | NO. CV-08-306-RHW<br><br>ANSWER OF NCO FINANCIAL SYSTEMS, INC. TO COMPLAINT |

Defendant, NCO Financial Systems, Inc. (hereinafter "NCO"), for itself alone, responds to the complaint filed by plaintiff, Benjamin F. Barton ("Plaintiff"), as follows:

I.      STATEMENT OF CASE

NCO denies the allegations contained in the Statement of the Case.

ANSWER OF NCO FINANCIAL SYSTEMS,
INC. TO COMPLAINT - 1
(NO. CV-08-306-RHW)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

II.    PARTIES

2.1    NCO lacks sufficient information to answer the allegations contained in ¶ 2.1, and based thereon denies the same.

2.2    NCO admits Capital One placed an account owed by Plaintiff with NCO for collection.  Except as expressly admitted, NCO denies the remaining allegations contained in ¶ 2.2 for lack of sufficient information.

2.3    NCO lacks sufficient information to answer the allegations contained in ¶ 2.3, and based thereon denies the same.

2.4    NCO admits the allegations of ¶ 2.4.

2.5    NCO admits that it engages in debt collection nationwide.  Except as specifically admitted, NCO denies the remaining allegations contained in ¶ 2.5 of the Complaint.

2.6    NCO admits that it regularly attempts to collect consumer and commercial debt.  Except as specifically admitted, NCO denies the remaining allegations contained in ¶ 2.6 of the Complaint.

2.7    NCO admits that when it acts as a debt collector as defined by 15 U.S.C. § 1692a(6) with respect to an account its conduct may be governed by the applicable provisions of the FDCPA.  Except as specifically admitted, NCO denies the remaining allegations contained in ¶ 2.7 of the Complaint.

ANSWER OF NCO FINANCIAL SYSTEMS, INC. TO COMPLAINT - 2
(NO. CV-08-306-RHW)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

2.8    NCO admits Capital One placed account number xxxxxxxxxxxx8610 with NCO for collection and NCO made collection attempts thereon.   Except as expressly admitted, NCO denies the remaining allegations contained in ¶ 2.8.

### III.    JURISDICTION AND VENUE

3.1    NCO admits to the allegations contained in ¶3.1 for jurisdiction and venue purposes only.

### VI.    FACTS

4.1    NCO admits that when it acts as a debt collector as defined by 15 U.S.C. § 1692a(6) and/or analogous state laws its conduct may be governed by the applicable provisions of those statutes.   Except as specifically admitted, NCO denies the remaining allegations contained in ¶ 4.1 of the Complaint.

4.2    NCO lacks sufficient information to answer the allegations contained in ¶ 4.2, and based thereon denies the same.

4.3    NCO lacks sufficient information to answer the allegations contained in ¶ 4.3, and based thereon denies the same.

4.4    NCO lacks sufficient information to answer the allegations contained in ¶ 4.4, and based thereon denies the same.

4.5    NCO denies the allegations contained in ¶ 4.5

ANSWER OF NCO FINANCIAL SYSTEMS,
INC. TO COMPLAINT - 3
(NO. CV-08-306-RHW)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

4.6    NCO admits its records for the subject account indicate a call was made at approximately 11:57 a.m. on June 30, 2008.   However, NCO lacks sufficient information to answer the remaining allegations contained in ¶ 4.6, and based thereon denies the same.

4.7    NCO admits its records for the subject account indicate a call was made at approximately 2:45 p.m. on June 30, 2008.   However, NCO lacks sufficient information to answer the remaining allegations contained in ¶ 4.7, and based thereon denies the same.

4.8    NCO denies the allegations contained in ¶ 4.8.

4.9    NCO admits its records for the subject account indicate a call was made at approximately 6:11 p.m. on July 1, 2008.   NCO lacks sufficient information to answer the remaining allegations contained in ¶ 4.9, and based thereon denies the same.

4.10   NCO admits its records for the subject account indicate a call was made at approximately 6:11 p.m. on July 1, 2008.   Except as specifically admitted, NCO denies the allegations contained in ¶ 4.10.

4.11   NCO denies the allegations contained in ¶ 4.11.

4.12   NCO admits its records for the subject account indicate a call was made at approximately 5:28 p.m. on July 2, 2008.   However, NCO lacks

ANSWER OF NCO FINANCIAL SYSTEMS,
INC. TO COMPLAINT - 4
(NO. CV-08-306-RHW)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

sufficient information to answer the remaining allegations contained in ¶ 4.12, and based thereon denies the same.

4.13   NCO lacks sufficient information to answer the allegations contained in ¶ 4.13, and based thereon denies the same.

4.14   NCO lacks sufficient information to answer the allegations contained in ¶ 4.14, and based thereon denies the same.

4.15   NCO lacks sufficient information to answer the allegations contained in ¶ 4.15, and based thereon denies the same.

4.16   NCO admits its records for the subject account indicate it called Plaintiff's home.   Except as expressly admitted, NCO denies the remaining allegations in ¶ 4.16.

4.17   NCO denies the allegations contained in ¶ 4.17.

4.18   NCO denies the allegations contained in ¶ 4.18.

4.19   NCO denies the allegations contained in ¶ 4.19.

## V.     FIRST CAUSE OF ACTION

### Washington State Collection Agency Act

5.1     NCO incorporates its responses to ¶¶ 1 through 4.19 as though fully set forth herein.

ANSWER OF NCO FINANCIAL SYSTEMS, INC. TO COMPLAINT - 5 (NO. CV-08-306-RHW)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    5.2    In response to ¶ 5.2 of the Complaint NCO avers the cited statute

2    speaks for itself and refers all matters of law to the court.

3    5.3    NCO denies the allegations contained in ¶ 5.3 of the Complaint.

4

5    5.4    NCO denies the allegations contained in ¶ 5.4 of the Complaint.

6    5.5    NCO denies the allegations contained in ¶ 5.5 of the Complaint.

7    5.6    NCO denies the allegations contained in ¶ 5.6 of the Complaint.

8    5.7    NCO denies the allegations contained in ¶ 5.7 of the Complaint.

9
                           VI.    SECOND CAUSE OF ACTION
10

11                   Fair Debt Collection Practices Act Violation

12                            (Application of Statute)

13   6.1    NCO incorporates its responses to ¶¶ 1 through 5.7 as though fully

14   set forth herein.

15
     6.2    In response to ¶ 6.2 of the complaint NCO avers the cited statute
16

17   speaks for itself and refers all matters of law to the court.

18   6.3    In response to ¶ 6.3 of the complaint NCO avers the cited statute

19
     speaks for itself and refers all matters of law to the court.
20

21   6.4    In response to ¶ 6.4 of the complaint NCO avers the cited statute

22   speaks for itself and refers all matters of law to the court.

23

24
     ANSWER OF NCO FINANCIAL SYSTEMS,
25   INC. TO COMPLAINT - 6
     (NO. CV-08-306-RHW)
26

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

6.5    NCO avers the cited statute speaks for itself and refers all matters of law to the court.  NCO admits that when it acts as a debt collector as defined by 15 U.S.C. § 1692a(6) its conduct may be governed by the applicable provisions of the FDCPA.  NCO lacks sufficient information to answer the remaining allegations contained in ¶ 6.5 of the complaint, and based thereon denies the same.

VII.    THIRD CAUSE OF ACTION

Fair Debt Collection Practices Act Violation

(Harassment)

7.1    NCO incorporates its responses to ¶¶ 1 through 6.5 as though fully set forth herein.

7.2    In response to ¶ 7.2 of the complaint NCO avers the cited statute speaks for itself and refers all matters of law to the court.

7.3    In response to ¶ 7.3 of the complaint NCO avers the cited statute speaks for itself and refers all matters of law to the court.  Except as specifically admitted, NCO denies the remaining allegations contained in ¶ 7.3 of the Complaint.

7.4    NCO denies the allegations contained in ¶ 7.4 of the Complaint.

7.5    NCO denies the allegations contained in ¶ 7.5 of the Complaint.

ANSWER OF NCO FINANCIAL SYSTEMS,
INC. TO COMPLAINT - 7
(NO. CV-08-306-RHW)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

7.6    NCO denies the allegations contained in ¶ 7.6 of the Complaint.

7.7    NCO denies the allegations contained in ¶ 7.7 of the Complaint.

7.8    NCO denies the allegations contained in ¶ 7.8 of the Complaint.

7.9    NCO denies the allegations contained in ¶ 7.9 of the Complaint.

## VIII.  FOURTH CAUSE OF ACTION

### Fair Debt Collection Practices Act Violation

### (Unfair)

8.1    NCO incorporates its responses to ¶¶ 1 through 7.9 as though fully set forth herein.

8.2    In response to ¶ 8.2 of the complaint NCO avers the cited statute speaks for itself and refers all matters of law to the court.

8.3    NCO denies the allegations contained in ¶ 8.3 of the Complaint.

8.4    NCO denies the allegations contained in ¶ 8.4 of the Complaint.

8.5    NCO denies the allegations contained in ¶ 8.5 of the Complaint.

## IX.    FIFTH CAUSE OF ACTION

### (Consumer Protection Act)

9.1    NCO incorporates its responses to ¶¶ 1 through 8.5 as though fully set forth herein.

ANSWER OF NCO FINANCIAL SYSTEMS, INC. TO COMPLAINT - 8
(NO. CV-08-306-RHW)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

9.2    In response to ¶ 9.2 of the complaint NCO avers the cited statute speaks for itself and refers all matters of law to the court.

9.3    NCO lacks sufficient information to answer the allegations contained in ¶ 9.3, and based thereon denies the same.

9.4    In response to ¶ 9.4 of the complaint NCO avers the cited statute speaks for itself and refers all matters of law to the court.

9.5    In response to ¶ 9.5 of the complaint NCO avers the cited statute speaks for itself and refers all matters of law to the court.

9.6    NCO denies the allegations contained in ¶ 9.6 of the Complaint.

9.7    NCO denies the allegations contained in ¶ 9.7 of the Complaint.

9.8    NCO denies the allegations contained in ¶ 9.8 of the Complaint.

9.9    NCO denies the allegations contained in ¶ 9.9 of the Complaint.

9.10   NCO denies the allegations contained in ¶ 9.10 of the complaint.

<u>AFFIRMATIVE DEFENSES</u>

<u>FIRST AFFIRMATIVE DEFENSE</u>

As a first affirmative defense, NCO alleges plaintiff's Complaint should be dismissed because the various causes of action fail to state claims upon which relief can be granted.

ANSWER OF NCO FINANCIAL SYSTEMS, INC. TO COMPLAINT - 9 (NO. CV-08-306-RHW)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

## SECOND AFFIRMATIVE DEFENSE

2

As a second affirmative defense, NCO alleges, pursuant to 15 U.S.C.

3

§ 1692k(c), to the extent that a violation(s) is established, any such violation(s)

4

was not intentional and resulted from a bona fide error notwithstanding

5

6

maintenance of procedures reasonably adapted to avoid any such error.

7

## THIRD AFFIRMATIVE DEFENSE

8

As a third affirmative defense, NCO alleges Plaintiff knowingly and

9

voluntarily waived his rights to obtain any or all of the relief sought in the

10

11

complaint.

12

## FOURTH AFFIRMATIVE DEFENSE

13

As a fourth affirmative defense, NCO alleges, Plaintiff consented to

14

and/or invited the conduct for which he seeks relief.

15

## FIFTH AFFIRMATIVE DEFENSE

16

17

As a fifth affirmative defense, NCO alleges damages, if any, suffered by

18

Plaintiff were caused by third parties.

19

WHEREFORE, NCO respectfully requests that:

20

A.      Plaintiff take nothing by way of his Complaint;

21

22

B.      Judgment of dismissal be entered in favor of NCO;

23

24

ANSWER OF NCO FINANCIAL SYSTEMS,
INC. TO COMPLAINT - 10
(NO. CV-08-306-RHW)

25

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1      C.      NCO be awarded costs and attorney's fees it has incurred in

2               defending this lawsuit.

3      D.      NCO be granted such other and further relief as the Court deems

4               just and proper.

5  

6  Respectfully submitted this 14th day of October, 2008.

7                   MILLS MEYERS SWARTLING
                    Attorneys for Defendant

8  

9  

10 

11                  By:   /s/Scott M. Ellerby
                          Scott M. Ellerby

12                        WSBA No.: 16277

13 

14 

15 

16 

17 

18 

19 

20 

21 

22 

23 

24 ANSWER OF NCO FINANCIAL SYSTEMS,

25 INC. TO COMPLAINT - 11

26 (NO. CV-08-306-RHW)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2

**CERTIFICATE OF SERVICE**

3

I hereby declare that on October 14, 2008, I electronically filed Answer

4

of NCO Financial Systems, Inc. to Complaint with the Clerk of the Court

5

6

using the CM/ECF system which will send notification of such filing to:

7

bobmitchelllaw@yahoo.com

8

9

MILLS MEYERS SWARTLING

10

Attorneys for Defendants

11

12

13

By:   /s/Scott M. Ellerby

14

Scott M. Ellerby, WSBA No. 16277

15

16

17

18

19

20

21

22

23

24

ANSWER OF NCO FINANCIAL SYSTEMS,

25

INC. TO COMPLAINT - 12

(NO. CV-08-306-RHW)

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343