1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9  BENJAMIN R. BARTON,

10          Plaintiff,                    NO.  CV-08-306-RHW

11      v.

12  NCO FINANCIAL SYSTEMS, INC.,          **ORDER DISMISSING CASE**

13          Defendant.

14      Before the Court is the parties' Agreed Order of Dismissal (Ct. Rec. 15).

15  The parties asks that the above-captioned case be dismissed with prejudice and

16  without costs.

17      Accordingly, **IT IS HEREBY ORDERED**:

18      1.   The parties' Agreed Order of Dismissal (Ct. Rec. 15) is **GRANTED**.

19      2.   All claims asserted by Plaintiff are dismissed with prejudice and without

20  fees and costs.  All claims asserted by Defendant are dismissed with prejudice and

21  without fees and costs.

22      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

23  Order and to provide copies to counsel and close the file.

24      **DATED** this 4th  day of March, 2009.

25

26              *s/Robert H. Whaley*

27              ROBERT H. WHALEY
            Chief United States District Court

28
Q:\CIVIL\2008\Barton\dismiss.ord.wpd

**ORDER DISMISSING CASE ~ 1**